# State of Louisiana
# Secretary of State

Legal Services Section
02/21/2020     P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

CMFG LIFE INSURANCE COMPANY
CHIEF LEGAL OFFICER, MICHAEL ANDERSON
P. O. BOX 391
5910 MINERAL POINT ROAD
MADISON, WI 53701

Suit No.: 200395
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH

BRUCE ARRANT
vs
CMFG LIFE INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN          Date: 02/20/2020
Served by: E CUMMINS               Title: DEPUTY SHERIFF

JG

No: 1152294



EXHIBIT 1



OPC.CV.5932942
CE

# CITATION

**BRUCE ARRANT**

VS

**CMFG LIFE INSURANCE COMPANY**

**DOCKET NUMBER: C-20200395**
**SEC: C1**
**STATE OF LOUISIANA**
**PARISH OF OUACHITA**
**FOURTH JUDICIAL DISTRICT COURT**
**OUACHITA PARISH**

TO:
    CMFG LIFE INSURANCE COMPANY
    THROUGH KYLE ARDOIN THE SECRETARY OF STATE
    8585 ARCHIVES AVENUE
    BATON ROUGE, LA

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this FEBRUARY 4, 2020.

                OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION FOR PAYMENT OF BENEFITS UNDER ACCIDENTAL DEATH AND DISMEMBERMENT POLICY

CHLOE ELLINGTON

By:_____
        Deputy Clerk

FILED BY: J. RHYMES#11212

_____ **ORIGINAL**

_____ **SERVICE COPY**

_____ **FILE COPY**

SERVED ON
R. KYLE ARDOIN

FEB 2 9 2020

SECRETARY OF STATE
COMMERCIAL DIVISION

CERTIFIED
TRUE COPY

MAR 04 2020

DEPUTY CLERK COURT
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

STATE OF LOUISIANA   PARISH OF OUACHITA FOURTH JUDICIAL DISTRICT

BRUCE ARRANT

VS.   20-0395

CMFG LIFE INSURANCE COMPANY

FILED: FEB 0 4 2020

CHLOE ELLINGTON

DEPUTY CLERK OF COURT

---

### PETITION FOR PAYMENT OF BENEFITS
### UNDER ACCIDENTAL DEATH AND DISMEMBERMENT POLICY

---

The Petition of Bruce Arrant, individually, and as representative of the succession of Jimmie Arrant, respectfully represents that:

1.

Made defendant herein is:

CMFG Life Insurance Company, a subsidiary of CUNA Mutual Group of Waverly, Iowa, a foreign insurer authorized to issue insurance policies in the State of Louisiana.

2.

On or about June 1, 2008, the defendant issued to Jimmie Arrant, wife of Plaintiff, policy number G1848416 described as a "Group Death & Accidental Dismemberment Insurance" policy. The named beneficiary under the policy is Plaintiff, Bruce Arrant.

3.

The insured and Plaintiff properly made all payments to maintain the policy in effect between the date of issuance and July 19, 2019, the date of death of Jimmie Arrant

4.

Prior to her death, Jimmie Arrant suffered several accidental falls, including on October 18, 2018 and January 3, 2019. The falls were caused on one occasion by an uneven pavement in a parking lot and in the other a wet floor in a bath room. As a result of these falls Jimmie Arrant became completely blind in both eyes and eventually died on July 19, 2019. The policy in question provides for benefits to be paid in the event of the loss of vision and/or death, the policy itself being the best evidence of the contents thereof.

5.

Plaintiff made claims on the defendant for payment of the benefits due under the policy for the falls and blindness of Jimmie Arrant. To date, the defendant has arbitrarily and

capriciously withheld payment of benefits. All medical records establishing the claim have been provided to the defendant more that ninety days prior to the filing of this suit but the defendant has not only refused to honor the claim but also has refused to answer telephone calls from Plaintiff and has refused to return the medical records of Jimmie Arrant to Bruce Arrant.

WHEREFORE, mover prays that after due proceedings there be judgment herein in his favor and against defendant, in a sum equal to the benefits provided for in the policy together with all costs of these proceedings, all penalties allowed by law, and reasonable attorney's fees.

---

J. Michael Rhymes #11212
Attorney at Law
1005 North Third Street
Monroe, LA 71201
(318) 388-4500 - telephone
Email: jmrhymes@gmail.com

Please Serve:

CMFG Life Insurance Company
through
Kyle Ardoin
Secretary of State
  and Agent for Service of Process
8585 Archives Ave.
Baton Rouge, Louisiana

CERTIFIED
TRUE COPY

FEB 04 2020

BY _____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

  

7019 1120 0000 2372 6830

SS104 (R 06/18)     53705*4498 C038

## 5710 Mail Room

RCVD: 2/24/2020 9:35:16 AM
Carrier: CERTIFIED

BDG: CUNA

TO: Michael

# Anderson

PH: x6858
DEPT: FID Licensing Appt Fees
PCS: 1 of 1
70191120000023726830

**Anderson, Michael**

Floor: **P013821/A1**

4C5